DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SONIA PHILLIPS,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON,** f/k/a The Bank of New York, as Trustee for the Certificate Holders CWALT, Inc., Alternative Loan Trust 2006-21CB, Mortgage Pass-Through Certificates, Series 2006-21CB,
Appellee.

No. 4D17-709

[December 14, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562012CA002519AXXXHC.

Mark P. Stopa of Stopa Law Firm, Tampa, for appellant.

Jennifer Lima-Smith of Gilbert Garcia Group, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***